United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50979
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOHN TROX CHAMBERS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-02-CR-339-ALL
--------------------

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    John Trox Chambers appeals the district court's denial of
his motion to suppress after conditionally pleading guilty to
possession of marijuana with intent to distribute.  Chambers
argues that the arresting officer, Border Patrol agent Cipriano
Amaro Jr., did not have reasonable suspicion of criminal activity
sufficient to order the stop of Chambers's vehicle.

    Amaro, an experienced agent, stopped a vehicle traveling
near the border that was driven by an unfamiliar person, appeared

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to have recently crossed the border river, and that was carrying several spare tires, a method of transporting contraband known to Amaro. Thus, the totality of the circumstances show that Amaro had a reasonable suspicion that criminal activity was occurring. See United States v. Neufeld-Neufeld, 338 F.3d 374, 378 (5th Cir. 2003). Accordingly, the district court's judgment is AFFIRMED.